UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEANNE L. NORDSTROM, a single woman,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SPOKANE COUNTY, a municipal corporation; and BERNARD BAUMBARDNER, III, and BETTY BAUMGARDNER, husband and wife and the marital community thereof,<br><br>　　　　　　Defendants. | NO. CV-08-374-EFS<br><br>**ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY ORDER OF DISMISSAL OF DEFENDANT BETTY (BAUMBARDNER) MONTOYA WITH PREJUDICE AND DENYING AS MOOT DEFENDANT BETTY (BAUMGARDNER) MONTOYA'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |

　　By Stipulation filed September 9, 2010, the parties agree that all claims against Defendant Betty (Baumbardner) Montoya can be dismissed with prejudice and without costs or attorney's fees.  (Ct. Rec. 30.) Based on the parties' Stipulation, **IT IS HEREBY ORDERED:**

　　1. The parties' Motion for Voluntary Order of Dismissal of Defendant Betty (Baumgardner) Montoya with Prejudice **(Ct. Rec. 30)** is **GRANTED**.  All claims against Defendant Betty (Baumgardner) Montoya are **DISMISSED with prejudice**.

　　2. Defendant Betty (Baumbardner) Montoya's Motion to Dismiss for Failure to State a Claim upon Which Relief May be Granted **(Ct. Rec. 27)**

ORDER * 1

is **DENIED as moot.**

    3. The Clerk's Office shall amend the case caption to read:

        DEANNE L. NORDSTROM, a single woman,

                          Plaintiff,

            v.

        SPOKANE COUNTY, a municipal corporation; and BERNARD BAUMBARDNER, III,

                          Defendants.

    IT IS SO ORDERED.  The District Court Executive is directed to enter this Order and provide a copy to counsel.

    **DATED** this     27th     day of September 2010.


                      S/ Edward F. Shea
                        EDWARD F. SHEA
                United States District Judge

Q:\Civil\2008\374.Stip.Dismiss.wpd