UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEANNE L. NORDSTROM, a single woman,<br><br>            Plaintiff,<br><br>    v.<br><br>SPOKANE COUNTY, a municipal corporation; and BERNARD BAUMBARDNER, III,<br><br>            Defendants. | NO. CV-08-374-EFS<br><br>**ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL AND CLOSING FILE** |

This matter comes before the Court on the parties' Stipulated Motion for Dismissal with Prejudice and Without Costs, ECF No. 72. Therein, the parties ask the Court to dismiss this matter with prejudice and without an award of attorney's fees or costs to either party.

Based on the parties' stipulation, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Dismissal with Prejudice and Without Costs, **ECF No. 72**, is **GRANTED**.

2. Per the parties' stipulation, this matter is **DISMISSED with prejudice** and without attorney's fees or costs to any party.

3. All pending dates and deadlines are **STRICKEN** and all pending motions are **DENIED as moot.**

/

ORDER ~ 1

1  4.  This file shall be **CLOSED**.

2  **IT IS SO ORDERED.**  The District Court Executive is directed to enter
3  this Order and provide copies to counsel.

4  **DATED** this ___14th___ day of May 2012.

6  <u>      S/ Edward F. Shea      </u>
    EDWARD F. SHEA
7  United States District Judge

26 Q:\Civil\2008\374.stip.dismiss.lc2.wpd

ORDER ~ 2